UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRANCES DEGRAZIA                                JURY TRIAL DEMANDED

v.                                              CASE NO.  3:13 CV

BRIAN SHEFTEL

<u>COMPLAINT</u>

1.  Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, and the Connecticut Unfair Trade Practices Act ("CUTPA").

2.  The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3.  Plaintiff is a natural person who resides in Danbury, Connecticut who was sued in Danbury Connecticut Superior Court based on use of personal credit card for the purchase of goods, services, or cash advances.

4.  Default judgment was entered against Ms. Degrazia in the sum of $8,334.66 on Feb. 20, 2008, in docket no. DBD-cv-07-60003369-S.

5.   On Sept. 26, 2012, the Clerk issued a financial institution execution in the sum of $8,434.66 (the Execution).

6.  Defendant is a State Marshal for the County of New Haven, Connecticut, whose business is to serve process for a fee.

7.  Defendant is not a state employee.

8.  Defendant is not authorized to serve executions issuing from a court outside his jurisdiction.

9.  Defendant is an independent contractor. Conn. Gen. Stat. §6-38a(a).

10. Defendant is required to maintain up-to-date records of all process that identify all fees collected and disbursed. Conn. Gen. Stat. §6-32.

11. Defendant is required to maintain personal liability insurance that includes coverage for erroneous service of civil papers, Conn. Gen. Stat. §6-30a

12. On December 17, 2013, served the Execution, claiming that the total unpaid judgment was $12,377.30 -- significantly higher than the amount of the execution -- plus marshal's fees of $1,856.60, causing plaintiff's bank to freeze funds to satisfy the judgment and fees.

13. Plaintiff was required to engage counsel to claim her exemption and reopen the judgment.

14. Not until March, 2013, were her funds released.

FIRST COUNT

15. In the collection efforts within one year prior to the date of this action, defendant violated the FDCPA, § 1692d, –e, or –f(1).

SECOND COUNT

16. In the collection efforts within one year prior to the date of this action, defendant violated CUTPA by the actions described above.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages under the FDCPA, and actual and punitive damages against defendant under CUTPA.
2. Award the plaintiff costs of suit and a reasonable attorney's fee.
3. Award such other and further relief as law or equity may provide.

THE PLAINTIFF

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net